# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SCOTT ANDRAS  
10509 CHURCH STREET  
HUNTLEY, IL  60142  

SSN-xxx-xx-1423

Case Number: 05-74929

Case filed on: 9/19/2005  
Plan Confirmed on: 12/16/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $35,139.03      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 8,615.55 | 4,200.62 | 4,200.62 | 254.79 |
| 003 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 8,615.55 | 4,200.62 | 4,200.62 | 254.79 |
| 998 | SCOTT ANDRAS | 0.00 | 0.00 | 715.06 | 0.00 |
| 999 | SCOTT ANDRAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 715.06 | 0.00 |
| 001 | WELLS FARGO AUTO FINANCE | 13,300.00 | 13,300.00 | 13,300.00 | 1,158.53 |
|  | Total Secured | 13,300.00 | 13,300.00 | 13,300.00 | 1,158.53 |
| 001 | WELLS FARGO AUTO FINANCE | 532.01 | 532.01 | 532.01 | 32.24 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 4,414.93 | 4,414.93 | 279.27 |
| 005 | AMERICASH LOANS LLC | 862.29 | 862.29 | 862.29 | 76.04 |
| 006 | AMERICASH LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 965.15 | 965.15 | 965.15 | 85.26 |
| 008 | CHECK INTO CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | EMERGE MASTERCARD GOLD | 1,601.77 | 1,601.77 | 1,601.77 | 141.41 |
| 012 | ILLINOIS LENDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ILLINOIS LENDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | JNR ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SHORT TERM LOANS LLC | 852.00 | 852.00 | 852.00 | 75.23 |
| 017 | TITLE LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | USA PAYDAY LOANS #9142 | 715.00 | 715.00 | 715.00 | 63.04 |
| 019 | 10 MINUTE PAYDAY LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ARLENE GAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | AT & T WIRELESS SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NEXTEL COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | RUTH P. WALTZ THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 5,528.22 | 9,943.15 | 9,943.15 | 752.49 |
|  | Grand Total: | 30,143.77 | 30,143.77 | 30,858.83 | 2,165.81 |

Total Paid Claimant:      $33,024.64  
Trustee Allowance:        $2,114.39  
Percent Paid Unsecured:      100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008			By  /s/Heather M. Fagan